✎AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

In re: Uponor, Inc., F1807 Plumbing Fittings Products Liability Litigation

**JUDGMENT IN A CIVIL CASE**

Case Number: 11-md-2247 ADM/JJK

This Judgment Relates to all Actions
11-156 ADM/JJK: Perrone v. Uponor, Inc. et al
11-845 ADM/JJK: Livermont et al v. Uponor, Inc. et al
11-1683 ADM/JJK: Carl Fielstra III et al v.Uponor,Inc.et al 11-1684 ADM/JJK: Paul Roth et al v. Uponor, Inc.et al
11-1685 ADM/JJK: Spina et al v. Uponor, Inc. et al 11-11-
11-2324 ADM/JJK:   Uponor, Inc. v Unique Industrial Product Company

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
1. The Motion for Final Approval of Class Action Settlement [Docket No. 83] is **GRANTED**; and
2. The Motion for an Award of Service Payments to Class Representatives and for an Award of Attorneys' Fees, Costs, and Expenses to Settlement Class Counsel [Docket No. 87] is **GRANTED**.
a. Plaintiffs' Counsel are awarded attorneys' fees and costs in the
amount of $2.4 million.
b. Class representatives John and Helen McGregor are awarded a collective service award of $7,500, and the remaining class representatives are awarded service awards of $5,000 per abode.

| July 3, 2012 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/ J. Midtbo |
| | (            J. Midtbo    Deputy Clerk |