UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: Uponor, Inc., F1807 Plumbing Products Liab. Litig. | Court File No. 11-MDL-2247 (ADM/JJK) |

This Document Relates to:

All Actions

### Settlement Class's Motion to Require Objectors to File Rule 7 Appeal Bond

TO: Kasdan Objectors and their attorneys, Mr. Kenneth S. Kasdan, Kasdan & Simonds, 19900 MacArthur Blvd, Suite 850, Irvine, CA  92612, and Palmer Objectors, Mr. Jeffrey Palmer and Mr. Paul Palmer, 301 Seventh Street, Nocona, Texas 76255

### Motion

Pursuant to Rules 7 and 39(e) of the Federal Rules of Appellate Procedure, the Settlement Class and Class Counsel will move the court for an order requiring the objectors to this settlement to post a bond to protect the Settlement Class and settling parties for costs associated with the appeal and the delays caused by an unsuccessful appeal.

This motion is based upon the files, records, and pleadings herein, the arguments of counsel, and any additional argument, evidence, or briefing as may hereinafter be presented.

1

Dated this 13th day of August, 2012.   **Larson • King, LLP**

By     s/Shawn M. Raiter
Shawn M. Raiter #240424
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN  55101
Phone: (651) 312-6500
Email: sraiter@larsonking.com

Robert K. Shelquist
**Lockridge, Grindal, Nauen, PLLP**
100 Washington Ave S, Suite 2200
Minneapolis, MN  55401
Phone: (612) 339-6900
Email: rkshelquist@locklaw.com

Charles J. LaDuca
**Cuneo, Gilbert & LaDuca, LLP**
507 C Street NE
Washington, DC  20002
Phone:  (202) 789-3960
Email: charlesl@cuneolaw.com

Michael McShane
**Audet & Partners, LLP**
221 Main St, Suite 1460
San Francisco, CA  94105
Phone: (415) 568-2555
Email: mmcshane@audetlaw.com

David Black
**Perkins Coie, LLP**
1900 Sixteenth Street, Suite 1400
Denver, CO  80202-1043
Phone: (303) 291-2309
Email: dblack@perkinscoie.com

J. Gordon Rudd, Jr.
**Zimmerman Reed, PLLP**
1100 IDS Center
80 South 8th Street
Minneapolis, MN  55402
Phone: (612) 341-0400
Email: gordon.rudd@zimmreed.com

Christopher L. Coffin
**Pendley, Baudin & Coffin, L.L.P**
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Phone: (504) 355-0086
Email: ccoffin@pbclawfirm.com

David M. Birka White
**Birka-White Law Offices**
411 Hartz Avenue #200
Danville, CA  94526
Phone:(925) 362-9999
Email: dbw@birka-white.com

**Class Counsel**

1341868