# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: Uponor, Inc., F1807 Plumbing Products Liab. Litig. | Court File No. 11-MDL-2247 (ADM/JJK) |

This Document Relates to:

    All Actions

## Notice of Appeal of Order on Rule 7 Appeal Bond

Pursuant to Federal Rules of Appellate Procedure, Rules 3(c)(1) and 4(a), notice is hereby given that Objector/Proposed Intervenor/Appellant Oscar Ortega, on behalf of himself and others similarly situated, and Objectors/Appellants Toney and Bonnie Abbott, Alberto and Irma Aguilar, Steven A. Archangel, Alejandro and Monica Camarena, Evelyn Candido, Luis Carillo and John Parrett, Jaime and Marta Cubides, Verna Culp, Louise Ellis, Rosario Lopez, Monica McCullock and Daniel Saenz, Angel Morales and Cassandra Smith, Micaela Negrete and Luis Zapata, Todd and Sylvia O'Neal, Robert Perez, Henry Pimente, Gerardo Rivera, Gregario and Marisol Sanchez, Laura Spindola, Wilber Torres, Kenneth and Debra Wright, Raul Zelaya, and Jose and Lucila Zul (collectively "Appellants") in the above-captioned case appeal to the United States Court of Appeal for the Eighth Circuit. Appellants appeal from the Memorandum Opinion and Order of the United States District Court for the District of Minnesota that was entered on September 11, 2012, Document 132, granting the Settlement Class's Motion to Require Objectors to File Rule 7 Appeal Bond.

[signature page follows]

| | |
|---|---|
| Dated: September 13, 2012 | Kasdan, Simonds, Weber & Vaughan LLP |
| | |
| | By: s/ Bryan M. Zuetel |
| | Kenneth S. Kasdan (Cal. SBN 71427) |
| | Email:  KSKasdan@Kasdansimonds.com |
| | Michael D. Turner (Cal. SBN 126455) |
| | Email:  MTurner@Kasdansimonds.com |
| | Bryan M. Zuetel (Cal. SBN 258836) |
| | Email:   BZuetel@Kasdansimonds.com |
| | 19900 MacArthur Blvd., Suite 850 |
| | Irvine, CA 92612 |
| | Telephone: 949-851-9000 |
| | *Attorneys for Appellants* |