UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

| | |
|---|---|
| In Re: Uponor, Inc., F1807 Plumbing Products Liab. Litig. | Court File No. 11-MDL-2247 (ADM/JJK) |

This Document Relates to:

All Actions

**Response of Settlement Class to the Ortega Objectors'
Motion for Order for Release of Security for Rule 7 Appeal Bond**

The Settlement Class files this response to the Ortega Objectors' motion to release the $25,000 bond they posted to comply with the Court's order that required such a bond. [Docket No. 155] The Settlement Class does not oppose the Ortega Objectors' motion because the appeal in this case has concluded.

1

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated this 17th day of October, 2013. | **Larson • King, LLP** |

By    s/Shawn M. Raiter
Shawn M. Raiter #240424
2800 Wells Fargo Place
30 East Seventh Street
St. Paul, MN  55101
Phone: (651) 312-6500
Email: sraiter@larsonking.com

Robert K. Shelquist
**Lockridge, Grindal, Nauen, PLLP**
100 Washington Ave S, Suite 2200
Minneapolis, MN  55401
Phone: (612) 339-6900
Email: rkshelquist@locklaw.com

Charles J. LaDuca
**Cuneo, Gilbert & LaDuca, LLP**
507 C Street NE
Washington, DC  20002
Phone:  (202) 789-3960
Email: charlesl@cuneolaw.com

Michael McShane
**Audet & Partners, LLP**
221 Main St, Suite 1460
San Francisco, CA  94105
Phone: (415) 568-2555
Email: mmcshane@audetlaw.com

David Black
**Perkins Coie, LLP**
1900 Sixteenth Street, Suite 1400
Denver, CO  80202-1043
Phone: (303) 291-2309
Email: dblack@perkinscoie.com

J. Gordon Rudd, Jr.
**Zimmerman Reed, PLLP**
1100 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Phone: (612) 341-0400
Email: gordon.rudd@zimmreed.com

Christopher L. Coffin
**Pendley, Baudin & Coffin, L.L.P**
1515 Poydras Street, Suite 1400
New Orleans, LA 70112
Phone: (504) 355-0086
Email: ccoffin@pbclawfirm.com

David M. Birka White
**Birka-White Law Offices**
411 Hartz Avenue #200
Danville, CA 94526
Phone:(925) 362-9999
Email: dbw@birka-white.com

**Class Counsel**

Lk1382265